IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :      Consolidated Under
LIABILITY LITIGATION (No. VI) :          MDL DOCKET NO. 875
                                  :
CERTAIN PLAINTIFFS                :
                               FILED  Cases in which the Plaintiff
     v.                                is Represented by Cascino
                               OCT 25 2010  Vaughn Law Offices
CERTAIN DEFENDANTS             MICHAEL E. KUNZ, Clerk
                               By_____: Dep. Clerk

### O R D E R

**AND NOW,** this **21st** day of **October 2010** it is hereby **ORDERED**

that the cases listed in "Exhibit A" attached are **DISMISSED**

without prejudice pursuant to Federal Rule of Civil Procedure

41.1(b).

**AND IT IS SO ORDERED.**

_____
                    EDUARDO C. ROBRENO, J.

9/17/2010                    EXH. G GROUP "A" CASES - DISMISS

Page 1

| PAED | Caption |
|---|---|
| 08-CV-88260 | WALLS v. ANCHOR PACKING COMPANY et al |
| 08-CV-88393 | DIERLAM et al v. THE ANACONDA COMPANY et al |
| 08-CV-88394 | NEWTON v. ACANDS INC et al |
| 08-CV-88408 | MARTINEZ et al v. CROWN CORK & SEAL et al |
| 08-CV-88516 | WALKER et al v. A P GREEN et al |
| 08-CV-88551 | BELL v. ANCHOR PACKING COMPANY et al |
| 08-CV-89754 | GRANT et al v. A.P. GREEN REFRACTORIES et al |
| 08-CV-89779 | KOROSEC et al v. 3M COMPANY |
| 08-CV-89907 | HARNEY v. A. P. GREEN INDUSTRIES, INC. et al |
| 08-CV-90202 | TUCKER v. A.C. AND S., INC. et al |
| 08-CV-90222 | PEHLKE v. A. C. AND S., INC. et al |
| 08-CV-90257 | DINSMORE v. A.C. AND S., INC. et al |
| 08-CV-90261 | TASSONE v. CERTAINTEED CORPORATION et al |
| 08-CV-90272 | SCROGGINS v. ANCHOR PACKING COMPANY et al |
| 08-CV-90301 | GNEWUCH et al v. ACANDS, INC. et al |
| 08-CV-91081 | DRUMMER v. AC AND S INC et al |
| 08-CV-91115 | FRANKLIN v. A&M INSULATION CO et al |
| 08-CV-91125 | JONES v. AC AND S INC et al |
| 08-CV-91185 | CARTER v. AC AND S INC et al |
| 08-CV-91220 | EMMITT v. A&M INSULATION COMPANY et al |
| 08-CV-91225 | KERMIT v. AC AND S INC et al |
| 08-CV-91361 | KALLOCK v. AW CHESTERTON et al |
| 08-CV-91363 | CASAS v. AW CHESTERTON et al |
| 08-CV-91415 | BROWN v. AC AND S INC et al |
| 08-CV-91512 | JOHNSON et al v. A P GREEN REFRACTORIES CO et al |
| 08-CV-91520 | DODD v. ANCHOR PACKING COMPANY et al |
| 08-CV-91539 | ENLOE et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91642 | BROWN v. ANCHOR PACKING COMPANY et al |
| 08-CV-91708 | SCOHY et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91719 | LAFRENZ et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91740 | SWISHER v. AC & S, INC. et al |
| 08-CV-91745 | BURNS v. ACANDS INC et al |
| 08-CV-91747 | KNEER v. ACANDS INC et al |
| 08-CV-91770 | FARLOW v. AP GREEN REFRACTORIES CO et al |
| 08-CV-91821 | GERRY v. ANCHOR PACKING COMPANY et al |
| 08-CV-92007 | WHITE v. ANCHOR PACKING COMPANY et al |
| 08-CV-92127 | JOHNSON v. A C & S INC et al |
| 08-CV-92142 | ROBERTS v. A C & S INC. et al |
| 08-CV-92149 | JOHNSON v. A C & S INC et al |
| 08-CV-92165 | HUTCHINSON v. A P GREEN INDUSTRIES et al |
| 08-CV-92204 | CUMMINS v. A C & S INC et al |
| 08-CV-92312 | SCHULTZ v. A C & S INC. et al |
| 09-CV-60172 | GADBOW et al v. THE ANCHOR PACKING COMPANY et al |
| 09-CV-60179 | JONOVIC et al v. AP GREEN REFRACTORIES CO. et al |
| 09-CV-60297 | PINTZ v. A.C. AND S., INC. et al |
| 09-CV-60322 | TROUDT v. ANCHOR PACKING CO et al |

9/17/2010                       EXH. G GROUP "A" CASES - DISMISS

| PAED | Caption |
|------|---------|
| 09-CV-60323 | TROUDT v. ANCHOR PACKING CO et al |
| 09-CV-60397 | SELIG et al v. ERRICSON RADIO SYSTEMS INC et al |
| 09-CV-60469 | LUDWIG et al v. ACANDS INC et al |
| 09-CV-60474 | SUHOREPETZ v. ACANDS INC et al |
| 09-CV-60475 | SWIFT v. ACANDS INC et al |
| 09-CV-60486 | SCHMIT v. ACANDS INC et al |
| 09-CV-60488 | SLAMKA v. ACANDS INC et al |
| 09-CV-60491 | PARYSZ v. ACANDS INC et al |
| 09-CV-60496 | VAN BEEK v. ACANDS INC et al |
| 09-CV-60511 | VIOLA v. ACANDS INC et al |
| 09-CV-60533 | HOFF v. ACANDS INC et al |
| 09-CV-60534 | LIJEWSKI v. ACANDS INC et al |
| 09-CV-60541 | SCHULTE v. FOSTER WHEELER CORP et al |
| 09-CV-60542 | CHAPMAN v. ANCHOR PACKING CO et al |
| 09-CV-60548 | NEDLAND v. CERTAINTEED CORP. et al |
| 09-CV-60549 | WROBLEWSKI v. ALBANY INTERNATIONAL CORP. et al |
| 09-CV-60667 | CROMWELL v. A P GREEN et al |
| 09-CV-60670 | POLLMAN v. A P GREEN et al |
| 09-CV-60692 | BLANTON v. ANCHOR PACKING COMPANY et al |
| 09-CV-60693 | JENKINS v. ANCHOR PACKING COMPANY et al |
| 09-CV-60753 | DAVIDSON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60754 | KLAYER et al v. ILLINOIS POWER COMPANY |
| 09-CV-60755 | MOORE et al v. ILLINOIS POWER COMPANY |
| 09-CV-60756 | ORR et al v. ILLINOIS POWER COMPANY |
| 09-CV-60757 | REUTHER et al v. ILLINOIS POWER COMPANY |
| 09-CV-60758 | THOMPSON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60759 | WARBRITTON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60810 | NOLAN v. A P GREEN et al |
| 09-CV-60948 | GOETSCH v. ACANDS, INC. et al |
| 09-CV-60959 | HERRINGER v. ACANDS, INC. et al |
| 09-CV-60981 | WRIGHT v. ACANDS, INC. et al |
| 09-CV-61068 | JONES v. ANCHOR PACKING CO et al |
| 09-CV-61083 | CHAPP v. ANCOR PACKING CO. et al |
| 09-CV-61117 | ANDERSON v. ANCHOR PACKING CO et al |
| 09-CV-61254 | ZABORSKI v. ANCHOR PACKING CO et al |
| 09-CV-61259 | MARQUARDT v. CERTAINTEED CORPORATION et al |
| 09-CV-61266 | COOPER v. ARMSTRONG CONTRACTING & SUPPLY CO et al |
| 09-CV-61308 | BENNINGTON v. ANCHOR PACKING CO et al |
| 09-CV-61325 | MOELLER v. ACANDS INC et al |
| 09-CV-61331 | KASUN v. ACANDS INC et al |
| 09-CV-61341 | CADOTTE v. ACANDS INC et al |
| 09-CV-61344 | HOAGLAN v. ACANDS INC et al |
| 09-CV-61349 | SCHMOLKER v. ACANDS INC et al |
| 09-CV-61360 | BIEGANSKI v. ANCHOR PACKING CO et al |
| 09-CV-61378 | SCHMIDT v. ANCHOR PACKING CO et al |
| 09-CV-61396 | BLAZER v. ANCHOR PACKING CO et al |

EXH. G GROUP "A" CASES - DISMISS

| PAED | Caption |
|------|---------|
| 09-CV-61484 | MADIERA v. ANCHOR PACKING CO et al |
| 09-CV-61504 | DRABEK v. ACANDS INC et al |
| 09-CV-61538 | COLWELL v. ANCHOR PACKING CO et al |
| 09-CV-61547 | PLANK v. ANCHOR PACKING CO et al |
| 09-CV-61548 | MCGAVER v. ANCHOR PACKING CO et al |
| 09-CV-61549 | FISHER v. ANCHOR PACKING CO et al |
| 09-CV-61551 | LACHAPPELLE v. ANCHOR PACKING CO et al |
| 09-CV-61552 | WHITE v. ANCHOR PACKING CO et al |
| 09-CV-61553 | NIKLAUS v. ANCHOR PACKING CO et al |
| 09-CV-61554 | LEUZ v. ANCHOR PACKING CO et al |
| 09-CV-61555 | FISHER v. ANCHOR PACKING CO et al |
| 09-CV-61556 | HOLSCHBACH v. ANCHOR PACKING CO et al |
| 09-CV-61557 | KELLING v. ANCHOR PACKING CO et al |
| 09-CV-61559 | WINKELMAN v. ANCHOR PACKING CO et al |
| 09-CV-61560 | FISCHER v. ANCHOR PACKING CO et al |
| 09-CV-61561 | HEMBEL v. ANCHOR PACKING CO et al |
| 09-CV-61563 | JOHNSON v. ANCHOR PACKING CO et al |
| 09-CV-61564 | SIEFKES v. ANCHOR PACKING CO et al |
| 09-CV-61565 | MCGAVERv. ANCHOR PACKING CO et al |
| 09-CV-61566 | GREEN v. ANCHOR PACKING CO et al |
| 09-CV-61568 | LACHAPPELLE v. ANCHOR PACKING CO et al |
| 09-CV-61716 | HAYES v. ACANDS INC et al |
| 09-CV-61805 | WARD v. AC AND S INC et al |
| 09-CV-61831 | JACKSON v. AC AND S INC et al |
| 09-CV-61835 | HYDEN v. AC AND S INC et al |
| 09-CV-61867 | RODREGUEZ v. ANCHOR PACKING CO et al |
| 09-CV-62179 | LINSTEDT v. INC. ACANDS et al |
| 09-CV-64574 | DUFFIN v. A C AND S INC. et al |
| 09-CV-64576 | BERRY v. A.W. CHESTERTON CO. et al |
| 09-CV-64580 | HARRIS v. CERTAINTEED CORP. et al |
| 09-CV-64581 | ASH v. CERTAINTEED CORPORATION et al |
| 09-CV-64595 | SIMES v. A C AND S INC et al |
| 09-CV-64597 | BURNS v. A C AND S INC et al |
| 09-CV-64624 | MONTGOMERY v. A C AND S INC et al |
| 09-CV-64658 | BUIE v. A C AND S INC et al |
| 09-CV-64732 | SMITH v. A C AND S INC et al |
| 10-CV-61416 | LANGSDORF v. ANCHOR PACKING COMPANY et al |
| 10-CV-61440 | MORRISON v. ASBESTOS CLAIMS et al |
| 10-CV-61444 | JOHNSON v. ABEX CORP. et al |
| 10-CV-61453 | BORRE V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61455 | KOSTUCH V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61456 | KSTETLER V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61462 | KAPPEL v. A.C. AND S., INC. et al |
| 10-CV-61463 | HENDRICKS v. A.C. AND S., INC. et al |
| 10-CV-61464 | ECKLUND v. A.C. AND S., INC. et al |
| 10-CV-61468 | SKOLA v. A.C. AND S., INC. et al |

**EXH. G GROUP "A" CASES - DISMISS**

| PAED | Caption |
|------|---------|
| 10-CV-61469 | ECKLUND v. A.C. AND S., INC. et al |
| 10-CV-61470 | HENDRICKS v. A.C. AND S., INC. et al |
| 10-CV-61471 | KAPPEL v. A.C. AND S., INC. et al |
| 10-CV-61483 | CUNNINGHAMN v. ANCHOR PACKING CO et al |
| 10-CV-61489 | SLABAK v. ANCHOR PACKING CO et al |
| 10-CV-61490 | SMITH v. ANCHOR PACKING CO et al |
| 10-CV-61491 | SMITH v. ANCHOR PACKING CO et al |
| 10-CV-61492 | SOPER v. ANCHOR PACKING CO et al |
| 10-CV-61495 | WELCH v. ANCHOR PACKING CO et al |
| 10-CV-61498 | BERANEK v. A.C. AND S., INC. et al |
| 10-CV-61499 | OPLAND v. A.C. AND S., INC. et al |
| 10-CV-61500 | MCCANN v. A.C. AND S., INC. et al |
| 10-CV-61790 | INGRAM v. AC AND S INC et al |
| 10-CV-61811 | GANN v. ABEX CORP et al |
| 10-CV-61831 | MAUGER v. AC AND S INC et al |
| 10-CV-61836 | HOWARD v. AC AND S INC et al |
| 10-CV-61837 | NUNEZ v. AC AND S INC et al |
| 10-CV-61840 | SOMERVILLE v. AC AND S INC et al |
| 10-CV-61860 | MOLITOR v. ACANDS INC. et al |
| 10-CV-61874 | KOKE v. ACANDS INC. et al |
| 10-CV-61899 | MORAWSKI v. ACANDS INC. et al |
| 10-CV-61903 | WUSSOW v. ACANDS INC. et al |
| 10-CV-61927 | SIEFERT v. ACANDS INC et al |
| 10-CV-61949 | JORGENSON v. ACANDS INC et al |
| 10-CV-61965 | BECKER v. ACANDS INC et al |
| 10-CV-61966 | BEYER v. ACANDS INC et al |
| 10-CV-61967 | CONWAY v. ACANDS INC et al |
| 10-CV-61968 | CRAIG v. ACANDS INC et al |
| 10-CV-61969 | DICK v. ACANDS INC et al |
| 10-CV-61970 | EMANUELE v. ACANDS INC et al |
| 10-CV-61973 | HANSEN v. ACANDS INC et al |
| 10-CV-61974 | HERIAN v. ACANDS INC et al |
| 10-CV-61975 | HUMMEL v. ACANDS INC et al |
| 10-CV-61976 | JUNK v. ACANDS INC et al |
| 10-CV-61977 | KREJCOVIE v. ACANDS INC et al |
| 10-CV-61978 | KROISS v. ACANDS INC et al |
| 10-CV-61979 | KUSCH v. ACANDS INC et al |
| 10-CV-61980 | LECLAIR v. ACANDS INC et al |
| 10-CV-61981 | MACIEJEWSKI v. ACANDS INC et al |
| 10-CV-61982 | MAIO v. ACANDS INC et al |
| 10-CV-61983 | MARKOWSKI v. ACANDS INC et al |
| 10-CV-61984 | MELZER v. ACANDS INC et al |
| 10-CV-61985 | MILLER v. ACANDS INC et al |
| 10-CV-61986 | MONFORT v. ACANDS INC et al |
| 10-CV-61987 | NELSON v. ACANDS INC et al |
| 10-CV-61988 | PFEFFERLE v. ACANDS INC et al |

**EXH. G GROUP "A" CASES - DISMISS**

| PAED | Caption |
|------|---------|
| 10-CV-61989 | PLASTER v. ACANDS INC et al |
| 10-CV-61990 | POWELL v. ACANDS INC et al |
| 10-CV-61991 | SCHULTZ v. ACANDS INC et al |
| 10-CV-61992 | SCHULZE v. ACANDS INC et al |
| 10-CV-61993 | SORSAK v. ACANDS INC et al |
| 10-CV-61995 | SZYMANSKI v. ACANDS INC et al |
| 10-CV-61996 | VANLANKVELDT v. ACANDS INC et al |
| 10-CV-61997 | WALBRUN v. ACANDS INC et al |
| 10-CV-61998 | WARNER v. ACANDS INC et al |
| 10-CV-61999 | WESELA v. ACANDS INC et al |
| 10-CV-62000 | WETTSTEIN v. ACANDS INC et al |
| 10-CV-62001 | WOLFF v. ACANDS INC et al |
| 10-CV-62002 | WOODRUFF v. ACANDS INC et al |
| 10-CV-62003 | WYNBOOM v. ACANDS INC et al |
| 10-CV-62031 | WILBER V. ACANDS, INC., ET AL. |
| 10-CV-62052 | SCHEFFEL v. ACANDS INC et al |
| 10-CV-62067 | JURAS v. ACANDS INC et al |
| 10-CV-64696 | KRAEMER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64697 | MILLER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64698 | SHUDA v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64700 | ROZMENASKI v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64701 | STOIBER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-67531 | DIGGS v. A.C. AND S., INC. et al |
| 10-CV-67614 | BROOKS v. AC AND S INC et al |
| 10-CV-67715 | AGUIRRE v. COMBUSTION ENGINEERING INC |
| 10-CV-67767 | LECLAIR v. ACANDS INC et al |
| 10-CV-67783 | FREDFICK v. ACANDS INC et al |
| 10-CV-67840 | WINNEMUELLER v. ACANDS INC et al |
| 10-CV-68093 | MILES v. A W CHESTERTON CO et al |
| 10-CV-68103 | CARD v. ACANDS, INC. et al |
| 10-CV-68106 | REINBOLD v. ACANDS, INC. et al |
| 10-CV-68111 | COCHRAN v. AC AND S INC et al |
| 10-CV-68115 | SHEPHERD v. AC AND S INC et al |
| 10-CV-68116 | DUNALP v. AP GREEN REFRACTORIES CO et al |
| 10-CV-68120 | WEST v. AC & S INC et al |
| 10-CV-68125 | KRUEGER et al v. AC AND S INC et al |
| 10-CV-68136 | BISHOP v. AC AND S INC et al |
| 10-CV-68137 | PETROVICS v. AC AND S INC et al |
| 10-CV-68162 | HILL v. ANCHOR PACKING COMPANY et al |
| 10-CV-68175 | LAMBERT v. A P GREEN et al |
| 10-CV-68178 | SCHROYER v. A P GREEN et al |
| 10-CV-68183 | KOBEL v. A P GREEN et al |
| 10-CV-68185 | SCHWIEGHART v. A P GREEN et al |
| 10-CV-68186 | SMITH v. A P GREEN et al |
| 10-CV-68190 | CROMWELL v. A P GREEN et al |
| 10-CV-68191 | GARNER v. A P GREEN et al |

EXH. G GROUP "A" CASES - DISMISS

| PAED | Caption |
|---|---|
| 10-CV-68192 | LEIGH v. A P GREEN et al |
| 10-CV-68193 | POLLMAN v. A P GREEN et al |
| 10-CV-68196 | LEIGH v. A P GREEN et al |
| 10-CV-68198 | SWEARINGEN v. A P GREEN et al |
| 10-CV-68201 | BISCART v. A P GREEN et al |
| 10-CV-68202 | DAVIDSON v. A P GREEN et al |
| 10-CV-68203 | REUTHER v. A P GREEN et al |
| 10-CV-68204 | THOMPSON v. A P GREEN et al |
| 10-CV-68206 | ORR v. A P GREEN et al |
| 10-CV-68228 | SIDDENS v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68229 | MCCORD v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68230 | YAEGER v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68512 | GREEN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68513 | KENDALL v. ANCHOR PACKING COMPANY et al |
| 10-CV-68514 | LEWIS v. ANCHOR PACKING COMPANY et al |
| 10-CV-68516 | MAESCH v. ANCHOR PACKING COMPANY et al |
| 10-CV-68517 | MAYES v. ANCHOR PACKING COMPANY et al |
| 10-CV-68518 | MONTGOMERY v. ANCHOR PACKING COMPANY et al |
| 10-CV-68519 | NOLAN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68520 | SCIOLDI v. ANCHOR PACKING COMPANY et al |
| 10-CV-68711 | MANN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68770 | CARRICO v. A C AND S INC et al |

**MAILED:**

ALGIMANTAS KEZELIS
AMBER ACHILLES
ANDREA COHEN
ANDREW CROSS
ANDREW KOLB
ANDREW MANION
ANDREW WOLF
ANDREW YODER
ANGELA DESLOGE
ANNETTE ZIEGLER
BARBARA ARISON
BARRY ROBIN
BEAU SEFTON
BEVERLY GARNER
BRIAN CAHILL
BRIAN EBENER
BRIAN SHAUGHNESS
BRIAN TREXELL
BRUCE KAMPLAIN
BRUCE MARR
C. DUCEY
C. KOEBELE
CAMERON TURNER
CAROL PRYGROSKY
CAROL TATE
CATHY MOLCHIN
CECILIA MCCORMACK
CHARLES BOHL
CHRISTOPHER HAMILTON
CHRISTOPHER KALLAHER
CHRISTOPHER NICHOLS
CHRISTOPHER RAISTRICK
CHUNG-HAN LEE
CIARA RYAN
CLARKE GILLESPIE
CRAIG LILJESTRAN
CREED TUCKER
DANIEL CHEELY
DANIEL DONAHUE
DANIEL JARDINE
DANIEL O'CONNELL
DANIEL OVERBEY
DAVID BARTEL
DAVID FIELD
DAVID MATTINGLY
DAVID MILNE
DAVID MUELLER
DAVID ROLF
DAVID SINN
DEAN PANOS
DEBORAH SOLMOR
DEMARCUS GORDON
DENIS RISCHARD
DENNIS DOBBELS
DENNIS GRABER
DENNIS GRZEZINSKI
DEVLIN SCHOOP

J. WOLFE
JACK BLOCK
JACK RILEY
JAMES CARTER
JAMES CULHANE
JAMES FIEWEGER
JAMES HAUSER
JAMES HICKEY
JAMES SNYDER
JAMES WHEELER
JANE DRAGISIC
JASON BRIA
JEFFERY MATTHEWS
JEFFREY JANIK
JEFFREY MCKEAN
JEFFREY REEL
JEFFREY SCHMECKPEP
JEFFREY SWAN
JEFFREY ZIPES
JENNIFER COLLINGON
JENNIFER FARDY
JENNIFER JOHNSON
JENNIFER JOHNSTON
JENNIFER SEIDLER
JEROME KRINGS
JOAN PHILLIPS
JOEL POOLE
JOHN DAMES
JOHN DIXON
JOHN EMERY
JOHN KREIGHBAUM
JOHN MCDAVID
JOHN NOLAND
JOHN OSTOJIC
JOHN O'SULLIVAN
JOMARIE FREDERICKS
JONATHAN LIVELY
JOSEPH ALBERTS
JOSEPH FEEHAN
JOSEPH KRASOVEC
JOSEPH LAMPO
JOSEPH O'HARA
JOSEPH SHANNON
JOSEPH STALMACK
JOSHUA MURPHY
KARL KOONS
KATHLEEN BROWE
KATHLEEN MURPHY
KATHY CONDO
KEIRA AMSTUTZ
KEITH HAYS
KEITH KINNEY
KELLY CHERF
KENNETH GORENBERG
KEVIN GREENWOOD
KEVIN LONG
KEVIN OWENS

MICHAEL KAEDING
MICHAEL KOKAL
MICHAEL MULVIHILL
MICHAEL O'ROURKE
MITCHELL MOSER
MURRAY ABOWITZ
NICOLE BEHNEN
NICOLE GOODMAN
NORA PLATT
NORMAN LOWERY
P. CRANE
P. CREBS
PATRICIA MCCARTHY
PATRICK FALAHEE
PATRICK PHILLIPS
PATRICK REILLY
PAUL O'FLAHERTY
PETER CARLSON
PETER HATTON
PETER HICKEY
R. MUTH
R. STOMMEL
RAYMOND FAUST
RICHARD BAKER
RICHARD BOLTON
RICHARD DELACENSER
RICHARD EWING
RICHARD HUSER
RICHARD KATZ
RICHARD NIESS
RICHARD RIEGNER
RICHARD STEINKEN
ROBERT BOUGHTER
ROBERT ELARBEE
ROBERT HALEY
ROBERT KEZELIS
ROBERT KOPKA
ROBERT MCCOY
ROBERT MUELLER
ROBERT RILEY
ROBERT RILEY
ROBERT SANDS
ROBERT SHUFTAN
ROBERT SHULTZ
ROBERT WRENN
RONALD CURTIS
RONALD PIETTE
ROSEANNE LOFTUS
RUSSELL HOOVER
SANJAY SHIVPURI
SARAH LYKE
STEPHAN ROTH
STEPHANIE SCHARF
STEPHEN KAUFMANN
STEPHEN KRAVIT
STEVEN CELBA
STEVEN HARDIN

**MAILED(con't):**

DIEDRE DUNN
DONALD BERGER
DONALD BROAD
DONALD CARLSON
DONALD FELLOWS
DONALD LIEB
EARL KREMP
EDMUND SIEGERT
EDWARD HARNEY
EDWARD MACCABE
EDWARD RUBERRY
EDWARD ZAENGLE
ELIZABETH WOLF
ERIC ZALUD
FRANCIS MORRISSEY
FRANCIS MORRISSEY
FRANK DAILY
FRED MOORE
G. HEATH
GEORGE SOULE
GINO ALIA
GUS SACOPULOS
H. YOUNG
HEATHER RYAN
J. BISHOP
J. FITZGERALD
J. GASS

**E-MAILED:**

ALLEN VAUGHAN
ANDREW DETHERAGE
BRUCE CLARK
BRUCE LYON
BRYCE BENNETT
C. DOUGLAS
CATHERINE MOHAN
CHRISTOPHER BANASZAK
CHRISTOPHER LARSON
CHRISTOPHER LEE
CHRISTOPHER P.BANASZAK
CLAYTON RIDDLE
CYNTHIA LOCKE
DANIEL ELGER
DANIEL LONG
DANIEL MCGRATH
DANIEL RUSTMANN
DANIEL TRACHTMAN
DAVID DOGAN
DAVID HENDRICKSO
DAVID MALLON
DAVID TEMPLE
DAVID YBARRA
DENNIS CANTRELL
DONALD ORZESKE
DOUGLAS KING
DOUGLAS PROCHNOW
EDWARD CRANE

KRISTEN SMITH
KRISTIN ACHTERHOF
KRISTINE KRAFT
LAURA O'CONNELL
LEE BAKER
LINDA GRAFT
LYNNE LAYBER
M. NOVAK
MARION RAY
MARK JOHNSON
MARK RAKOCZY
MARK ROSEN
MARK STEICHEN
MARK TIVIN
MARK VELGUTH
MARY ANN HATCH
MATTHEW HURST
MAUREEN KELLY
MAUREEN MUNRO
MELISSA SKILKEN
MICAH INLOW
MICHAEL CIESLEWICZ
MICHAEL CONNELLY
MICHAEL FLYNN
MICHAEL FREEBORN
MICHAEL GLACKIN
MICHAEL JASSAK

GREGORY LYONS
HOWARD MORRIS
JAMES BOYERS
JAMES DRIES
JAMES JACOBSON
JAMES MORRISON
JAMES WYNNE
JANELLE LINDER
JASON KENNEDY
JEFFREY HEBRANK
JENNIFER BLACKWELL
JENNIFER STUDEBAKER
JOHN DOUGLAS
JOHN FONSTAD
JOHN KUROWSKI
JONATHAN MATTINGLY
JOSEPH SULLIVAN
KAYCE GISINGER
KENT PLOTNER
KEVIN KNIGHT
KIMBERLY SARFF
KIRK HARTLEY
KNIGHT ANDERSON
KURT REITZ
LAURIE MCLEROY
LISA DILLMAN
MAJA EATON
MARGARET BYRNE

STEVEN KIRSCH
SUSAN GUNTY
SUSAN HANSEN
TANYA HATFIELD
TERENCE SELBY
THOMAS BURNHAM
THOMAS EHRHARDT
THOMAS GONZALEZ
THOMAS HAYES
THOMAS MEYER
THOMAS MIXDORF
THOMAS MURRAY
THOMAS NORBY
THOMAS THIBODEAU
THOMAS WILSON
TIMOTHY BROWN
TIMOTHY PIKE
TIMOTHY UEBER
TRAVIS RHOADES
VANI SINGHAL
VERN HOLZHALL
VICTOR LAZZARETTI
WILLIAM FAHEY
WILLIAM JOHNSON
WILLIAM SERRITELLA
ZANE LUCAS

NICHOLAS NIZAMOFF
OLLIE HARTON
PATRICK HAGGERTY
PATRICK LAMB
PATRICK STUFFLEBEA
PAUL WOJCICKI
PETER MCKENNA
PHILLIP SCALETTA
RAYMOND MODESITT
REGINALD BISHOP
RICHARD JOHNSON
RICHARD SCHUSTER
ROBERT BUNDA
ROBERT GAUSS
ROBERT HARRIS
ROBERT LONG
ROBERT SPITKOVSKY
ROGER HEIDENREIC
RUSSELL SCOTT
SHAWANE LEE
SHEILA BIRNBAUM
STEPHEN FENNELL
STEPHEN SCHWARTZ
SUSAN MEHRINGER
THOMAS CANNON
THOMAS GILLIGAN
THOMAS KERNELL
THOMAS SCHRIMPF

Cascino Vaughn Order 10.21.10.xls

**E-MAILED(con't):**

EDWARD HARNEY
EDWARD MATUSHEK
EDWARD MCCAMBRIDG
ERIC CARLSON
FREDERICK MUELLER
FREDERICK WALTON
GERMAINE WILLETT
GRADY HOLLEY
GREGORY COCHRAN

MARGARET FOSTER
MARK FELDMANN
MATTHEW FISCHER
MATTHEW JARDINE
MICHAEL BERGIN
MICHAEL CASCINO
MICHAEL DRUMKE
MICHAEL ROSENBERG
MICHAEL STACK

TIMOTHY KAPSHANDY
TIMOTHY KRIPPNER
TODD BARSUMIAN
TREVOR WILL
WALTER WATKINS
WILLIAM CROKE
WILLIAM MAHONEY
WILLIAM SHULTZ
WILLIAM SMITH
WILLIS TRIBLER